**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

CASE NO. 21-cr-20006-JLK

UNITED STATES OF AMERICA,

vs.

TYRONE ERIC ARMSTRONG,

    Defendant.
_____/

**ORDER DENYING MOTION TO DISMISS INDICTMENT**

THIS MATTER comes before the Court upon Defendant's *pro se* Motion to Dismiss Indictment, filed March 12, 2021. DE 25 (the "Motion"). The Government has not responded and the time to do so has passed.

An indictment was entered on January 5, 2021. DE 14. Count One charges Defendant for Possession with Intent to Distribute a Controlled Substance containing a detectable amount of cocaine on September 2, 2020. *Id.* at 1. Count Two charges Defendant for Possession with Intent to Distribute a Controlled Substance containing a detectable amount of cocaine base, or "crack cocaine" on September 11, 2020. *Id.* at 2. Count Three charges Defendant for Possession with Intent to Distribute a Controlled Substance of four hundred (400) grams of a mixture containing a detectable amount of fentanyl on September 25, 2020. *Id.* at 3.

Defendant moves to dismiss Count Three of the indictment. Defendant argues that "there does not exist any Federal or State law enforcement submitted report, that accuses the Defendant here with possession of 400 grams of fentanyl." Mot. at 1–2. Defendant further argues there is no test certification that concludes Defendant was in possession of 400 grams of fentanyl. Defendant denies possession or intent to sell fentanyl.

An affidavit of Miguel Ramirez, a DEA Task Force Officer and a Miami Police Department Detective, was submitted on behalf of the Government. *See* DE 1. Notably, the affidavit states "[a] field test of the brown powdery substance was conducted and revealed a positive test for heroin with traces of fentanyl." Aff. ¶ 5. The affidavit sustains the information concerning the allegations sufficiently contains the allegation of Government's charges in Count Three to satisfy the law regarding charges brought against the Defendant in Count Three. This charge does not charge the Defendant "with possession of 400 grams of fentanyl." As such, the Court finds that Defendant's Motion is without merit. Defendant's argument that he did not possess fentanyl will be addressed at trial.

Accordingly, it is **ORDERED**, **ADJUDGED** and **DECREED** that Defendant's Motion to Dismiss Indictment **(DE 25)** be, and the same is, hereby **DENIED**.

**DONE AND ORDERED** in Chambers at the James Lawrence King Federal Justice Building and United States Courthouse, Miami, Florida dated this 28th day of May, 2021.

JAMES LAWRENCE KING
UNITED STATES DISTRICT JUDGE

Cc:   All counsel of record
      Tyrone Eric Armstrong