UNITED STATES OF AMERICA
SOUTHERN DISTRICT OF FLORIDA
MINUTES - SENTENCING

Case No. 21-20006-CR-KING          Date: May 4, 2022      Judge James Lawrence King
Defendant: **Tyrone Eric Armstrong**   Defense counsel: Todd O. Malone, Esq.
AUSA:   Christine Hernandez         U.S. Probation: Diane Valdez

**JUDGMENT AND SENTENCE**

|  | | **YEARS** | **MONTHS** | **DAYS** | **TIME SERVED** |
|---|---|---|---|---|---|
| Count | I  |  | 71 |  |  |
|  | II |  | 71 |  |  |
|  | III |  | 71 |  |  |

( ) Defendant given credit for time served
(**X**) CONCURRENT
( ) CONSECUTIVE
(**X**) Assessment $ 300.00
( ) Fine: (**X**) none imposed   -0-
( ) The court orders restitution
( ) Count remaining  dismissed  _____
( ) Forfeiture Entered

**(X) SUPERVISED RELEASE**
**( ) PROBATION**

|  |  | **YEARS** |
|---|---|---|
| Count | I - III | 4 |

( ) If deported, the defendant shall not re-enter the U.S. without permission of Attorney General
( ) Home confinement for a period of
(**X**) CONCURRENT ( ) CONSECUTIVE ( ) Employment and Self Employment Restriction
(**X**) Substance Abuse Treatment  ( ) Financial Disclosure  (**X**) Permissible Search ( ) Mental Health Treatment  ( ) IRS Cooperation ( ) Related Concerns Restrictions (**X**) Pay any Unpaid Restitution and Fines

**CUSTODY**
(**X**) The defendant remanded to custody of the U.S. Marshal
( ) Defendant released on bond pending appeal
( ) The defendant shall surrender for service of sentence on:
(**X**) The court recommends:   Designation to FCI Miami, Florida
(**X**) The court recommends participation in a BOP drug/alcohol treatment program during term of incarceration.        ***RIGHT TO AN APPEAL GIVEN OPEN COURT***

- The Court Adopts and Affirm the Report & Recommendation of the Magistrate re: Change of Plea; and hereby Adjudicate the defendant Guilty as to counts 1, 2, and 3 of the Indictment
- Defendant's Objections to Pre-Sentence Investigation Report held re: Paragraph 16
- The Court finds that the Objection be and the sam e is hereby - **OVERRULED**
- Defendant's Motion for Downward Variance held

- ■ The Court finds that the motion be and the same is hereby - **WITHDRAWN**

Courtroom Deputy: Joyce M. Saunders
Court Reporter: Stephanie McCarn